# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| LOUIS WHITE | CIVIL ACTION NO. 09-2154-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BUDDY CALDWELL, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e).

**IT IS FURTHER RECOMMENDED** that Plaintiff's motion for preliminary injunction (Record Document 3) be **DENIED** since it raises the same allegations as his complaint.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19th day of August, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE